## Commonwealth *v.* Grissinger, Appellant.

Submitted March 17, 1975. *Donald E. Speice*, As-

sistant Public Defender, for appellant; *William J. Haberstroh*, Assistant District Attorney, and *Amos C. Davis*, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.